

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS
F. #2023R00449

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 12, 2026

By ECF

The Honorable Sanket J. Bulsara
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:    United States v. Sanchez Ramirez, et al.
       Criminal Docket No. 26-37 (SJB)

Dear Judge Bulsara:

The government respectfully submits this joint request on behalf of the government and defendants Marlyn Yulitza Salazar Pineda, Jhoan Sebastian Sanchez Ramirez, and Alexandra Patricia Sanchez Ramirez to join the pending application submitted by defendant Daniela Alejandra Sanchez Ramirez to adjourn the status conference presently scheduled for May 21, 2026. See ECF No. 49. Since the last status conference, the government has provided the defendants with voluminous discovery, much of which is in Spanish, and has engaged in discussions to dispose of this matter short of trial. To facilitate the ongoing review of the discovery materials and to further negotiations regarding a resolution of this case, the parties respectfully request an adjournment to a date in July or August convenient to the Court and the parties. The parties further move for a finding that the period of the requested continuance is excludable pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because it will serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. Defense counsel, Winston M. Paes, Esq., Steven L. Brounstein, Esq., and Gary S. Villanueva, Esq., have indicated that they join in this application to adjourn the status conference and exclude time.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ James R. Simmons
       James R. Simmons
       Assistant U.S. Attorney
       (718) 254-7511

cc:    Clerk of Court (SJB) (by ECF)