# Federal Defenders
## OF NEW YORK, INC.

Eastern District
100 Federal Plaza, Room 770
Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (612) 712-6505

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

August 5, 2026

<u>**Via CM/ECF and Email**</u>
Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York, 11722

Re:     ***United States v. Daniela Sanchez-Ramirez*, 26-CR-37 (SJB)**

Dear Judge Bulsara:

I respectfully write, with the consent of the government, to request an adjournment of our upcoming status conference date scheduled for August 19, 2026. The parties are negotiating a drafted plea agreement that is in the process of being translated in Spanish for Ms. Sanchez-Ramirez. The parties are actively working towards a plea agreement. We respectfully request that the case be adjourned to a date in November convenient to the Court and the parties. The parties further move for a finding that the period of the requested continuance is excludable pursuant to 18 U.S.C. §3161(h)(7)(A). As noted above, the government consents to this application. If this request is granted, the parties will coordinate with Your Honor's deputy regarding scheduling. I thank the Court in advance for its consideration of this application.

Respectfully submitted,

_____
Masooma Javaid
Assistant Federal Defender
Federal Defenders of New York, Inc.
770 Federal Plaza | Central Islip, NY 11722
Phone: (631) 712-6500 Fax: (631) 712-6505
Email: masooma_javaid@fd.org

cc:     James Simmons, AUSA (by ECF and email)